**05-40108NG**

United States District Court
District of Massachusetts

David Wattleton,
   Petitioner,

v.

Mr Colautti, Unit Manager
Federal Bureau of Prisons
   Respondent,

Petition for
Writ of Mandamus

COMES NOW, the petitioner, David Wattleton, through pro se, hereby files this pleading in the district court requesting a writ of mandamus pursuant to 28 USC Section 1361, in the form of an order from this court compelling the Bureau of Prisons to refrain from denying him access to his legal documents, stamps and type-writer. He asserts that prison officials have put him in disciplinary housing unit and refuse to provide him access to his legal documents, stamps and type-writer. He further argues that the clerk for the Supreme Court has directed him to notify the Solicitor General regarding a case

that is pending. The petitioner contends that the BOP is preventing him from responding to the clerk's directions which amounts to a denial of access to the courts. Despite all of his request to Mr Colautti and other staff the petitioner cannot adequately prosecute his case in the courts due to the BOP's failure to provide him the materials necessary to perform this task.

As the petitioner believes that he has not only presented circumstances deserving of special treatment but facts as well. Therefore, he request an order from this court consistent with the above

Respectfully Submitted,

David Watt

Dated: June 22, 2005.