United States District Court
District of Massachusetts

FILED
CLERKS OFFICE
2005 JUN 24 P 1:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

David Wattleton,
    Petitioner,

v.

05-40108

Mr Colautti, Unit Manager
Federal Bureau of Prisons

Application To Proceed
In forma Pauperis

COMES NOW, the petitioner, David Wattleton, pro se, hereby files this application to proceed in forma pauperis in the district court in the above entitled case. He believes that because he has been civilly committed he is not subject to the requirements of prisoners under 28 USC Section 1915 (a)(1)(z). See, Perkins v Hedricks, 350 F3d 584 (8th Cir 2003) Therefore he request that he be allowed to proceed without submitting a certified prison account statement. Kolocotronis v Morgan, 247 F3d 726, 728 (8th Cir 2001).

Respectfully submitted,
David Wattleton