UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WATTLETON, | § |
| Plaintiff, | § |
| vs. | § Case No. 05-40108-NG |
| MR. COLAUTTI, UNIT MANAGER FEDERAL BUREAU OF PRISONS, | § |
| Defendant. | § |

MOTION REQUESTING
LEAVE TO AMEND WRIT OF MANDAMUS

NOW COMES, the plaintiff, David Wattleton, through pro se, hereby files this motion requesting leave to amend writ of mandamus in the above captioned case. The purpose of the motion is to direct the district court's attention to other acts of unconstitutional impediments by the defendants. Thus, this court should grant his motion to amend application.

Dated: This 25 day of August 2005.

Respectfully submitted,

David Wattleton