UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID WATTLETON, §
 §
　　　Plaintiff, §
 §
 §
 §
vs. § Case No. 05-40108-NG
 §
 §
 §
MR. COLAUTTI, UNIT MANAGER §
FEDERAL BUREAU OF PRISONS, §
 §
　　　Defendants. §

APPLICATION FOR WRIT OF MANDAMUS

　　NOW COMES, the plaintiff, David Wattleton, through pro se, hereby files this application for a writ of mandamus to the district court seeking an order from this court enjoining the defendant to cease and desist from denying him access to the prison law library between the hour of 7:30am to 3:30pm monday through friday. The plaintiff believes that the defendant are attempting to frustrate his access to the courts by placing restrictions on his access to the prison law library. Moreover, other similarly situated medically unassigned mental patients at the institution are receiving unlimited access to the prison law library which is in violation of the plaintiff's Equal Protection Clause rights.
　　According to A. Lever the Institutional Educational Program Corrodinator and Law Library Supervisor the plaintiff must submit requests for books, reporter and other legal materials to the education department. He believes that this policy is unfair and effects his ability to conduct research.

1

The plaintiff argues that the defendants proposed plan limits his litigating capacity which is causing him to lose valuable research time. Moreover, the disparate treatment he is receiving indicates that Mr. Lever is singling him out for an unfair burden which others similarly situated are receiving more favorable treatment and the defendants cannot provide any rational or justification for this disparate treatment. He further asserts that he is being harassed by Mr. Lever and is not able to avoid her gossip mongering nor her constant acerbic presence. The plaintiff contends that Mr. Lever's insidious rumor mongering and harassment is designed to provoke him ito losing his temper, saying something abusive and losing his priviledge of access to the prison law library permanently. Although the defendants have proposed a plan to provide the plaintiff access to the law library during 7:30am to 3:30pm, he believes that he is entitled to more. See, Bounds v Smith, 430 U.S. 817, 97 S.Ct. 1491 (1977).

Therefore, for the aforementionied reasons the plaintiff request that this court should grant his application for a writ of mandamus and relief consistent with the above.

Dated: This 25 day of August 2005.

Respectfully submitted,

David Wattieton