UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID WATTLETON,                          )
       Plaintiff,                     )
                             )
       v.                             )
                             )
MR. COLAUTTI,                             )          C.A. No. 05-40108-NG
Unit Manager,                             )
Federal Bureau of Prisons,                )
       Defendant.                     )
                             )
                             )

<u>MEMORANDUM AND ORDER OF DISMISSAL</u>

For the reasons stated below, the Court denies the plaintiff's motion requesting leave to amend writ of mandamus and orders that this case be dismissed.

<u>BACKGROUND</u>

On June 24, 2005, plaintiff David Wattleton, currently in custody at FMC Devens, filed a pleading captioned as a "Petition for Writ of Manadamus." In his petition, Wattleton asked the Court to order the defendant "to refrain from denying him access to his legal documents, stamps, and typewriter." Pet. at 1. Wattleton also filed an application to proceed without prepayment of the filing fee assessed for bringing this action. In the application, he failed to include any information concerning his prison accounts, stating that, because he is civilly committed, he is not subject to the requirements of 28 U.S.C. § 1915(a)(1)(b).

Because Wattleton failed to comply with the affidavit requirements of 28 U.S.C. § 1915(a), on July 29, 2005, the Court

issued an order denying without prejudice Wattleton's motion to
proceed in forma pauperis.  The Court directed Wattleton to
either pay the filing fee or submit a new application to proceed
in forma pauperis containing all relevant financial information.
The Court also stated that, if Wattleton failed to take either
action within forty-two days of the date of the order, his case
would be dismissed without prejudice for failure to pay the
filing fee.

On August 29, 2005, thirty days after the Court denied
Wattleton's application to proceed in forma pauperis, Wattleton
filed a pleading captioned as a "Motion for Leave to Amend Writ
of Mandamus," "the purpose of which is to direct the district
court's attention to other acts of unconstitutional impediments
by the defendants."  Mot. at 1.

DISCUSSION

In its July 29, 2005 order, the Court clearly stated that it
would dismiss this case if Wattleton did not, within forty-two
days, pay the filing fee or submit a new application to proceed
in forma pauperis, using the standard application provided by the
Court and disclosing all relevant information concerning his
assets, including the existence and balances of prison accounts.
Though he filed his motion requesting leave to amend writ of
mandamus thirty days after the Court's order, Wattleton has to
date utterly failed to comply with the temporal and substantive

requirements of the Court's order.  The forty-two day period
allowed by the Court's July 29, 2005 order expired on September
9, 2005.  The Court therefore orders that this case be dismissed
without prejudice for failure to pay the filing fee.

<u>CONCLUSION</u>

Accordingly, the Court (1) denies Wattleton's motion
requesting leave to amend writ of mandamus; and (2) orders that
this case be dismissed without prejudice for failure to pay the
filing fee.

SO ORDERED.


 10/3/05                              /s/ Nancy Gertner
DATE                                 UNITED STATES DISTRICT JUDGE